993 F.2d 1538
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Ricky Lee MILLER, Plaintiff-Appellant,
v.
VIRGINIA DEPARTMENT OF CORRECTIONS; Edward W. Murray,
Director; David W. Barnes, Chief Physician,
Defendants-Appellees.
 No. 93-6196.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: March 29, 1993
Decided: April 28, 1993
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-92-219-R)
 Ricky Lee Miller, Appellant Pro Se.
 Robert Harkness Herring, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.
 E.D.Va.
 AFFIRMED
 Before LUTTIG, Circuit Judge, and BUTZNER and CHAPMAN, Senior Circuit Judges.
 PER CURIAM:
 
 
 1
 Ricky Lee Miller appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Miller v. Virginia Dep't of Corrections, No. CA-92-219-R (E.D. Va. Feb. 17, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED